ORIGINAL

FILED

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0244

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0244

KIRK EAKIN and CATHY EAKIN,
Husband and wife,

      Plaintiffs and Appellants,

v.

STATE OF MONTANA, and KEVIN DOWNS,
Lewis and Clarky County Attorney,

      Defendants and Appellees.

## ORDER

Upon consideration of Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including October 18, 2023, within which to prepare, file, and serve the opening brief on appeal.

DATED this 19 day of September, 2023.

For the Court,

FILED

·SEP 1 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice